**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Israel BATRES–PINEDA,**
**Defendant–Appellant.**

**No. 05–50817**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Roberto L. Rodriguez, Law Offices of Roberto L. Rodriguez, Eagle Pass, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Jose Batres–Pineda (Batres) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Batres, who has been deported to El Salvador, has not filed a response to counsel's motion. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.